IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALYSSA ALCANTARA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. _____ |
| | ) |
| JOSHUA MITCHELL TURNER, | ) |
| And FACILITY SOLUTIONS | ) |
| GROUP, INC. | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

## NOTICE OF AND PETITION FOR REMOVAL

COME NOW Petitioners/Defendants Joshua Mitchell Turner ("Mr. Turner") and Facility Solutions Group, Inc. ("FSG") and show this Honorable Court as follows:

1.

A civil action was filed by the above-named Plaintiff Alyssa Alcantara ("Alcantara"), in the State Court of Fulton County, State of Georgia, naming as the Defendants Joshua Mitchell Turner and Facility Solutions Group, Inc., Civil Action File No. 22EV003350. A true and correct copy of all pleadings and orders received by Petitioners/Defendants in said civil action are attached hereto as Exhibit "A."

2.

In its Complaint, Plaintiff has asserted claims for bodily Injury and seeks

damages from Defendant's Joshua Mitchell Turner and Facility Solutions Group.

3.

Plaintiff Alcantara is now, and was at the time this lawsuit was filed, a citizen of the State of Georgia. (Compl. ¶ 1)

4.

Petitioner/Defendant Joshua Mitchell Turner is a resident of Florida. In fact, Mr. Turner was served at his residence located at 1011 Burrisridge Dr., Lakeland, Florida, 33908. A copy of Plaintiff's Return of Service for Mr. Turner is attached as Exhibit "B." Therefore, Petitioner/Defendant Turner is deemed a citizen of Florida.

5.

Petitioner/Defendant Facility Solutions Group, Inc. is, and was at the time this lawsuit was filed, a foreign profit corporation, with its principal place of business located at 4401 Westgate Blvd., Suite 310, Austin, TX 78745. Further, Petitioner/Defendant Facility Solution's state of incorporation is, and was at the time this lawsuit was filed, in Delaware. A copy of the Certificate of Authority for Facility Solutions Group, Inc. is attached as Exhibit "C." Therefore, Petitioner/Defendant Facility Solutions is deemed a citizen of Texas.

6.

The matter in controversy is one in which this Court has jurisdiction pursuant to 28 U.S.C. § 1332 as it involves citizens of different states, and the amount in

controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs. Please see Plaintiff's Pre-Suit Demand attached as Exhibit "D." Therefore, pursuant to 28 U.S.C. §§ 1332 and 1441(a), this matter may be removed to this Honorable Court.

7.

Venue in this Court is proper pursuant to 28 U.S.C. §§ 1391 and 1441.

8.

This Notice of and Petition for Removal is filed within thirty (30) days after receipt of the Complaint by Petitioners/Defendants Joshua Mitchell Turner and Facility Solutions Group, setting forth the claim for relief upon which said action is based, and said civil action is sought to be removed to this Honorable Court pursuant to the provisions of 28 U.S.C. §§ 1441 and 1446, *et. seq.*

WHEREFORE, Petitioners/Defendants Joshua Mitchell Turner and Facility Solutions Group, Inc. pray that this Notice of and Petition for Removal be filed, that the entire action referred to herein above be removed to and proceed in the United States District Court for the Northern District of Georgia, Atlanta Division, that no further proceedings be held in the case originally filed in the State Court of Fulton County, State of Georgia, and that Petitioners/Defendants Joshua Mitchell Turner and Facility Solutions Group, Inc. have such other and further relief as this Honorable Court deems just and proper in the circumstances.

This 15th day of July, 2022.

                               Respectfully submitted,

                               /s/ J. Skye Wellesley
                               Michael J. Rust
                               Georgia Bar No. 621257
                               J. Skye Wellesley
                               Georgia Bar No. 265377
                               Attorneys for Defendant Facility Solutions Group, Inc. and Mr. Turner

**Gray, Rust, St. Amand, Moffett & Brieske, L.L.P.**
1700 Salesforce Tower Atlanta
950 East Paces Ferry Road
Atlanta, Georgia 30326
404-870-7375 (Rust)
404-870-7372 (Wellesley)
404 870-1048 fax
e-mail:      mrust@grsmb.com
              swellesley@grsmb.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALYSSA ALCANTARA, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   Case No. _____ |
| | ) |
| JOSHUA MITCHELL TURNER, | ) |
| And FACILITY SOLUTIONS | ) |
| GROUP, INC. | ) |
| | ) |
|    Defendants. | ) |
| _____ | ) |

## **LR 7.1(D) CERTIFICATE OF FONT COMPLIANCE**

I hereby certify that the foregoing has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C), Northern District of Georgia, specifically Times New Roman 14 point.

This 15th day of July, 2022.

                                                                 Respectfully submitted,

                                                                 /s/ J. Skye Wellesley
                                                                 Michael J. Rust
                                                                 Georgia Bar No. 621257
                                                                 J. Skye Wellesley
                                                                 Georgia Bar No. 265377
                                                                 Attorneys for Defendant Facility Solutions Group, Inc. and Mr. Turner

**Gray, Rust, St. Amand, Moffett & Brieske, L.L.P.**
1700 Salesforce Tower Atlanta
950 East Paces Ferry Road
Atlanta, Georgia 30326
404-870-7375 (Rust)
404-870-7372 (Wellesley)
404 870-1048 fax
e-mail:	mrust@grsmb.com
	swellesley@grsmb.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALYSSA ALCANTARA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. _____ |
| ) | |
| JOSHUA MITCHELL TURNER, ) | |
| And FACILITY SOLUTIONS ) | |
| GROUP, INC. ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2022 copies of **NOTICE OF AND PETITION FOR REMOVAL** were electronically served with the Clerk of Court using the CM/ECF system which will automatically send notification of such filing to the following attorneys of record:

Shireen Hormozdi Bowman
SHIREEN HORMOZDI BOWMAN
1770 Indian Trail Lilburn Road
Suite 175
Norcross, GA 30093

This 15th day of July, 2022.

Respectfully submitted,

/s/ J. Skye Wellesley
Michael J. Rust
Georgia Bar No. 621257
J. Skye Wellesley
Georgia Bar No. 265377
Attorneys for Defendant Facility Solutions Group, Inc. and Mr. Turner